UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISHA L. RENKEN-SEBASTIAN,

          Plaintiff,

v.

No. 7:14-CV-00390-NSR

RETRIEVAL MASTERS CREDITORS
BUREAU, INC.,

**STIPULATION**

          Defendant.

The parties hereby stipulate and agree, as follows:

1. The defendant has received service of the Complaint in this action.

2. The defendant shall have additional time, to and including March 31, 2014, in which to answer or otherwise respond to the Complaint.

3. The defendant agrees to waive the defense of lack of personal jurisdiction.

THE PLAINTIFF,
TRISHA L. RENKEN-SEBASTIAN

By _s/Daniel A. Schlanger_
   Daniel A. Schlanger, Esq.
Schlanger & Schlanger, L.L.P.
9 East 40th St., Suite 1300
New York, NY 10016
Tel: 914-946-1981, ext. 101
Fax: 914-946-2930
E-mail:
Daniel.schlanger@schlangerlegal.com

Her Attorney

THE DEFENDANT,
RETRIEVAL MASTERS CREDITORS
BUREAU, INC.

By: _[signature]_
   Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com

Its Attorney