# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**343 MANVILLE ROAD**
**PLEASANTVILLE, NEW YORK 10570**
**TEL: 914-946-1981  FAX: 914-946-2930**
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.

December 15, 2014

**VIA ECF**

Hon. Nelson S. Roman
U.S. District Court, S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

**Re:**     Renken-Sebastian v. Retrieval Masters Creditors Bureau, Inc.
**Index:**  14-cv-390 (S.D.N.Y)
**Our File:** 40092

Your Honor:

My office represents Plaintiff in the above-referenced matter, brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq*. On behalf of all parties, I am pleased to inform the Court that a settlement in principle has been reached, and that the parties are currently in the process of finalizing the settlement documents. The parties anticipate that settlement will be consummated and a stipulation of discontinuance filed within 30 days, at latest.

In light of the foregoing, the parties respectfully request that the upcoming initial conference, currently scheduled for December 19, 2014 (ECF Doc. 9), be adjourned, with the parties to provide a status update to the Court on January 15, 2014 in the very unlikely event that a stipulation of discontinuance is not filed on or before that date.[1]

Respectfully,

*s/Daniel A. Schlanger*

Daniel A. Schlanger

cc: J. Elliott, Esq.

---

[1] In the event that the foregoing request is denied, I respectfully request, on consent, that the upcoming conference be briefly adjourned, as I am currently out of the country, and will not be back until early January. Should the Court deem an initial conference necessary, I am available on January 7th, the afternoon of January 8th, and the morning of January 9th.