# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**MEMO ENDORSED**

343 MANVILLE ROAD
PLEASANTVILLE, NEW YORK 10570
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL.SCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
ELIZABETH SHOLLENBERGER, ESQ.

The application is  X granted.
___ denied.

Nelson S. Roman, U.S.D.J.
Dated: Dec. 15, 2014
White Plains, New York 10601

*The Initial Pre-trial Conference is adjourned sine die. The Court will enter a 30 day Order to facilitate finalizing the settlement documents. The Clerk of the Court is respectfully requested to terminate this motion (doc. 10).*

December 15, 2014

**VIA ECF**

Hon. Nelson S. Roman
U.S. District Court, S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** Renken-Sebastian v. Retrieval Masters Creditors Bureau, Inc.
**Index:** 14-cv-390 (S.D.N.Y) (NSR)
**Our File:** 40092

Your Honor:

My office represents Plaintiff in the above-referenced matter, brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* On behalf of all parties, I am pleased to inform the Court that a settlement in principle has been reached, and that the parties are currently in the process of finalizing the settlement documents. The parties anticipate that settlement will be consummated and a stipulation of discontinuance filed within 30 days, at latest.

In light of the foregoing, the parties respectfully request that the upcoming initial conference, currently scheduled for December 19, 2014 (ECF Doc. 9), be adjourned, with the parties to provide a status update to the Court on January 15, 2014 in the very unlikely event that a stipulation of discontinuance is not filed on or before that date.[1]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2014

Respectfully,

*s/Daniel A. Schlanger*

Daniel A. Schlanger

cc: J. Elliott, Esq.

---

[1] In the event that the foregoing request is denied, I respectfully request, on consent, that the upcoming conference be briefly adjourned, as I am currently out of the country, and will not be back until early January. Should the Court deem an initial conference necessary, I am available on January 7th, the afternoon of January 8th, and the morning of January 9th.