UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISHA L. RENKEN-SEBASTIAN,

               Plaintiff,

v.                                                                              No. 7:14-CV-00390-NSR

RETRIEVAL MASTERS CREDITORS
BUREAU, INC.,

               Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: s/Daniel A. Schlanger | By /s/ |
| Daniel A. Schlanger, Esq. | Jonathan D. Elliot |
| Schlanger & Schlanger, L.L.P. | Zeldes, Needle & Cooper, P.C. |
| 9 East 40th St., Suite 1300 | 1000 Lafayette Blvd., Suite 500 |
| New York, NY 10016 | Bridgeport, CT 06604 |
| Tel: 914-946-1981, ext. 101 | Tel: 203-333-9441 |
| Fax: 914-946-2930 | Fax: 203-333-1489 |
| Daniel.schlanger@schlangerlegal.com | Email: jelliot@znclaw.com |
| His Attorney | Its Attorney |

Date: Jan. 14, 2015

So ordered: _____
U.S.D.J., Nelson S. Román

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2015
```